UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCP DISTRIBUTORS LLC, a
foreign limited liability company, and
SUPERIOR POOL PRODUCTS LLC,
a foreign limited liability company,

    Plaintiffs,                    CASE NO.:

v.

MAURO ANTONIO ZELAYA,
an individual,

    Defendant.
_____/

## COMPLAINT FOR BREACH OF GUARANTY

Plaintiffs, SCP DISTRIBUTORS LLC ("SCP Distributors"), and SUPERIOR POOL PRODUCTS LLC ("Superior") (collectively, "Plaintiffs"), by and through undersigned counsel, file this Verified Complaint for Breach of Guaranty against Defendant, MAURO ANTONIO ZELAYA, an individual ("Mr. Zelaya"), and in support state as follows:

### Introduction

1. This matter involves Mr. Zelaya's failure to pay monies owed to Plaintiffs pursuant to a Personal Guaranty Agreement for pool supplies and goods

that Mr. Zelaya's company, D & J Pool Prep Corp f/k/a D & J Pool Prep LLC ("D & J Pool Prep Corp"), received and retained from Plaintiffs.

2. D & J Pool Prep Corp's failure to pay the full amounts for the goods it received from Plaintiffs has resulted in an amount due and owing of $95,409.75 to Plaintiffs, as well as interest, attorneys' fees, and costs.

3. As on or around June 11, 2024, D & J Pool Prep Corp filed a Voluntary Petition for Chapter 11 Bankruptcy in the United States Bankruptcy Court for the Middle District of Florida, Plaintiffs bring this action solely against Mr. Zelaya to recover all monies owed, as well as interest, attorneys' fees, and costs, pursuant to the Personal Guaranty Agreement executed by Mr. Zelaya.

## Parties

4. SCP Distributors is a limited liability company organized under the laws of Delaware with its principal place of business at 109 Northpark Blvd., Covington, Louisiana 70433.

5. Superior is a limited liability company organized under the laws of Delaware with its principal place of business at 109 Northpark Blvd., Covington, Louisiana 70433.

6. Plaintiffs are citizens of Delaware and Louisiana because Pool Corporation ("Pool Corp.") is the sole member and 100% owner of Plaintiffs, and

Pool Corp. is a corporation organized under the laws of Delaware, with a principal place of business located at 109 Northpark Blvd., Covington, Louisiana 70433.

7. Mr. Zelaya is an individual who, upon information and belief, resides in Orlando, Orange County, Florida, and is a Florida citizen.

8. Both Plaintiffs are diverse from Mr. Zelaya.

## Jurisdiction and Venue

9. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship between Plaintiffs and Mr. Zelaya, and the amount in controversy in this action exceeds $75,000.00.

10. Venue is appropriate in the Middle District of Florida pursuant to 28 U.S.C. §1391(b)(2) because a substantial portion of the facts giving rise to the causes of action set forth in this Complaint occurred in this District. More specifically, Mr. Zelaya resides and maintains his business in and around Orlando, Florida.

## General Allegations

11. On or about February 5, 2021, D & J Pool Prep Corp entered into a Business Application and Agreement with SCP Distributors and Superior, wherein D & J Pool Prep Corp could order pool supply equipment (the "Materials") on credit from SCP Distributors and Superior and make periodic payments on the line of credit (the "Zelaya Account"). A true and correct copy of the Business Application and

Agreement dated February 5, 2021 is attached and incorporated herein by reference as **Exhibit A**.

12. As part of the Business Application and Agreement and in order to induce SCP Distributors and Superior to extend credit to D & J Pool Prep Corp, Mr. Zelaya executed and delivered to SCP Distributors and Superior a personal guaranty of indebtedness of D & J Pool Prep Corp under the Zelaya Account (the "Zelaya Guaranty"). *See* **Exhibit A** at p. 1.

13. Pursuant to the Zelaya Guaranty, Mr. Zelaya personally guaranteed to SCP Distributors and Superior the payment of any and all amounts that may be owed to Plaintiffs by D & J Pool Prep Corp, as well as all legal fees and expenses incurred in connection therewith. *Id.*

14. Mr. Zelaya agreed that following an event of default under the Zelaya Account, that SCP Distributors and Superior may proceed directly against him for the collection of sums due under the Zelaya Account. *Id.*

15. Under the terms of the Business Application and Agreement, the Zelaya Guaranty provides for full and prompt payment of *any and all amounts as may be owed* by D & J Pool Prep Corp to SCP Distributors and Superior. Thus, under the Zelaya Guaranty, Mr. Zelaya is liable for the costs of collection and attorneys' fees. *Id.*

16. Pursuant to the Business Application and Agreement, SCP Distributors and Superior sold and delivered Materials to D & J Pool Prep Corp for various projects.

17. D & J Pool Prep Corp defaulted under the terms of the Business Application and Agreement by failing to pay SCP Distributors and Superior for Materials supplied to D & J Pool Prep Corp through the Zelaya Account (the "Default").

18. The Zelaya Account is past due, and payment of the principal and interest, as well as attorneys' fees and costs, has been demanded from Mr. Zelaya as guarantor.

19. On or around June 25, 2024, counsel for SCP Distributors and Superior sent notice to Mr. Zelaya regarding the amounts due and owing, and demanding payment thereof.  A true and correct copy of the Demand for Payment is attached hereto as **Exhibit B**. Despite the Demand for Payment, Mr. Zelaya has failed to pay all the amounts due and owing to SCP Distributors and Superior.

20. As of July 18, 2024, the total amount owed under the Zelaya Account is $96,762.64.

21. Plaintiffs have retained the undersigned law firm to represent them in this matter and are obligated to pay the undersigned counsel reasonable attorneys' fees for its services.

22. All conditions precedent to this action have been performed or waived.

## **COUNT I - BREACH OF GUARANTY**
**(Against Mr. Zelaya)**

23. Plaintiffs sue Mr. Zelaya for breach of guaranty.

24. Plaintiffs repeat and reallege paragraphs 1 through 22 hereof, as if fully set forth herein.

25. As of July 18, 2024, Mr. Zelaya, pursuant to the Zelaya Guaranty, owes the sum of $96,762.64 on the Zelaya Account, exclusive of default interest and attorneys' fees and costs.

26. Demand has been made on Mr. Zelaya to remit the balance owed, but Mr. Zelaya has failed and/or refused to remit the balance due.

27. As a result of the breach by Mr. Zelaya, Plaintiffs have been damaged in the aggregate amount of $96,762.64, with additional damages to be proven based upon the facts alleged herein, including, but not limited to, default interest, which continues to accrue, costs, and attorneys' fees.

**WHEREFORE**, Plaintiffs request this Court enter judgment in its favor and against Mr. Zelaya as follows:

    i. For damages in favor of Plaintiffs and against Mr. Zelaya in the amount of $96,762.64, plus continuing default interest, attorneys' fees and costs, and other damages as allowed in all pertinent agreements and laws; and

      ii.    Any further legal and equitable relief this Court deems just and proper.

DATED: August 1, 2024

                                    Respectfully submitted,

                                    **ADAMS AND REESE LLP**

                                  By:   */s/ Angela N. Grewal*
                                      Angela N. Grewal
                                      Florida Bar No. 105429
                                      Joshua M. Gostel
                                      Florida Bar No. 1010506
                                      Angela.Grewal@arlaw.com
                                      Josh.Gostel@arlaw.com
                                      Jessica.Eck@arlaw.com
                                      501 Riverside Avenue, Suite 601
                                      Jacksonville, FL 32202
                                      Telephone: (904) 355-1700
                                      Facsimile: (904) 355-1797
                                      *Counsel for Plaintiffs, SCP Distributors LLC and Superior Pool Products LLC*