# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCP DISTRIBUTORS LLC and
SUPERIOR POOL PRODUCTS LLC,

      Plaintiffs,

v.                                         Case No:   6:24-cv-1413-CEM-LHP

MAURO ZELAYA,

      Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFFS SCP DISTRIBUTORS LLC AND SUPERIOR POOL PRODUCTS, LLC'S MOTION FOR ENTRY OF DEFAULT BY CLERK (Doc. No. 15)**
>
> **FILED:**   November 5, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The above-styled motion is due to be denied without prejudice for failure to comply with the Local Rules. Specifically, the motion fails to comply with the typography requirements set forth in Local Rule 1.08. The motion also fails to

include a memorandum of legal authority as required by Local Rule 3.01(a). Further, given Defendant's appearance, Doc. No. 13, the motion fails to comply with the conferral requirements of Local Rule 3.01(g).

A renewed motion, which shall be filed within **fourteen (14) days** of this Order, must fully comply with all applicable Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on November 5, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties