# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCP DISTRIBUTORS LLC and
SUPERIOR POOL PRODUCTS LLC,

      Plaintiffs,

v.                                                                               Case No:   6:24-cv-1413-CEM-LHP

MAURO ZELAYA,

      Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION (Doc. No. 18)**
>
> **FILED:**     November 14, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiffs filed a complaint against Defendant Mauro Zelaya on August 1, 2024, and effected service of the complaint on August 7, 2024.  Doc. Nos. 1, 11.  Thus, the time for Defendant to respond to the complaint has long expired.  *See* Fed. R. Civ. P. 12(a)(1).

On November 1, 2024, Defendant appeared in this case by filing a motion seeking an extension of unspecified deadlines. Doc. No. 13. The same day, the Court denied the motion without prejudice for failure to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g), and for failure to specify which deadlines Defendant was seeking to extend. Doc. No. 14. The Court cautioned Defendant that any renewed motion must fully comply with the Local Rules and state the precise relief sought. *Id.*

Now before the Court is an untitled and unsigned filing by Defendant, in which Defendant requests "a 30-day extension, to wait for the response of [his] lawyers in the next presentation to the court and for D&J POOL PREP CORP to pay this debt in full." Doc. No. 18. Upon review, this filing, construed as a motion, once again fails to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g), and the filing is unsigned. Further, the time for Defendant to respond to the complaint has long elapsed, and the issue of default against Defendant remains outstanding. *See* Doc. No. 17; Fed. R. Civ. P. 12(a)(1). The present motion, to the extent Defendant is asking for an extension of the deadline to respond to the complaint, fails to establish excusable neglect in support of such request. *See* Fed. R. Civ. P. 6(b)(1)(B).

Accordingly, the filing (Doc. No. 18), construed as a motion, is **DENIED without prejudice.**

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties