**24CV1413UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SCP DISTRIBUTORS LLC and
SUPERIOR POOL PRODUCTS LLC,

        Plaintiffs,

v.                                                                                          Case No:   6:24-cv-1413-CEM-LHP

MAURO ZELAYA,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS, SCP DISTRIBUTORS LLC AND SUPERIOR POOL PRODUCTS, LLC'S RENEWED MOTION FOR ENTRY OF DEFAULT BY CLERK (Doc. No. 20)**
>
> **FILED:** November 19, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs move for Clerk's default against Defendant Mauro Zelaya, stating that Defendant was served with the summons and complaint on August 7, 2024, but has failed to timely plead or otherwise respond.   Doc. No. 20; *see also* Doc. No.

11-1.  Defendant has appeared in this case *pro se*, by filing two motions requesting extensions of undefined deadlines.  Doc. Nos. 13, 18.  However, the Court denied both motions without prejudice for failure to comply with the Local Rules and Federal Rules of Civil Procedure, and Defendant has not filed a renewed request as of the date of this Order.  *See* Doc. Nos. 14, 19.  Defendant has also not filed a response to the motion for Clerk's default, and his time for doing so has expired.  Local Rule 3.01(c); Fed. R. Civ. P. 6(d); Doc. No. 20, at 6.  Thus, the request for Clerk's default is deemed unopposed.  Local Rule 3.01(c).

Because the time for Defendant to respond to the complaint has long expired, *see* Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was properly served, *see* Fed. R. Civ. P. 4(e)(2)(B), Doc. No. 11-1, and no extension of time to respond to the complaint has been provided, Plaintiffs' Motion (Doc. No. 20) is **GRANTED**, and the **Clerk of Court** is **DIRECTED** to enter default against Defendant.

**DONE** and **ORDERED** in Orlando, Florida on December 9, 2024.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties